**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS**

FILED

JUL 0 9 2020

U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**THOMAS COOPER,**<br><br>                        **Defendant.** | **Criminal No.**   2:20- C R  15 .<br><br>**Violation[s]:**   18 U.S.C. § 1705<br>                52 U.S.C. § 20511(2)(B) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Attempt to Defraud the Residents of West Virginia of a Fair Election)

In April 2020, in Pendleton County, in the Northern District of West Virginia, defendant **THOMAS COOPER**, in an election held in part for federal office, did knowingly and willfully attempt to deprive and defraud the residents of West Virginia of a fair election process, that is, the West Virginia 2020 primary election, by the procurement of mail-in absentee ballots that were known by defendant **THOMAS COOPER** to be materially false, fictitious and fraudulent under West Virginia law, that is West Virginia Code Section 3-3-1 et seq.; in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT TWO

(Injury to the Mail)

On or about April 9, 2020, in Pendleton County, in the Northern District of West Virginia,

defendant **THOMAS COOPER** did willfully and maliciously did injure, deface and destroy mail,

that is, a *2020 Primary Election COVID-19 Mail-In Absentee Request*, which had been deposited

by P. R., a person known by the grand jury, in an authorized receptacle located at the Onego Post

Office, which was intended and used for the receipt and delivery of mail matter on a mail route of

the United States Postal Service; in violation of Title 18, United States Code, Section 1705.

WILLIAM J. POWELL
United States Attorney

Stephen Warner
Assistant United States Attorney